# UNITED STATES DISTRICT COURT
## District of Minnesota

Bounkieng Sinthavong,

Plaintiff(s),

v.

Kristi Noem, Todd M. Lyons, David Easterwood,

Defendant(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01830-JRT-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT: The Court's Memorandum Opinion and Order 7 has been satisfied. This case is closed.

Date: 3/26/2026

KATE M. FOGARTY, CLERK